UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| VERNER L. SHEPARD, | ) | No. CV 12-10468-VBK |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) | |

**IT IS HEREBY ORDERED** that the decision of the Commissioner is reversed, and the matter is remanded for a new hearing consistent with the Memorandum Opinion.

DATED: September 11, 2013          /s/
                                   VICTOR B. KENTON
                                   UNITED STATES MAGISTRATE JUDGE